IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:18cr238-MHT
                             )            (WO)
CHARLES BRYANT HUGHES, JR.   )
```

## ORDER

Upon consideration of the joint motion to terminate supervised release (Doc. 51), filed by the government with the agreement of the United States Probation Office, it is ORDERED that the motion is granted, and the period of supervised release of defendant Charles Bryant Hughes, Jr. is terminated effective immediately.

DONE, this the 24th day of January, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE